STEVEN G. KALAR
Federal Public Defender
Northern District of California
CANDIS MITCHELL
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: Candis_Mitchell@fd.org

Counsel for Defendant Quiros

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America,**<br><br>Plaintiff,<br><br>v.<br><br>**Franklin Quiros and Efren Contreras,**<br><br>Defendants. | **Case No.:** CR 19–54 RS<br><br>**Stipulation And [Proposed] Order For Motion Briefing Schedule And Hearing**<br><br>**Court:** Courtroom 3, 17th Floor<br>**Hearing Date:** September 17, 2019<br>**Hearing Time:** 2:30 p.m. |

Undersigned counsel stipulate as follows:

The named parties concur and ask the Court to adopt the following proposed briefing schedule for the above-captioned defendants' Motion for Severance:

**Opening Motion Due**: August 13, 2019

**Response Due**: August 27, 2019

**Reply Due:** September 3, 2019

**Hearing**: September 17, 2019, at 2:30 p.m.

//

//

IT IS SO STIPULATED.

Dated: July 12, 2019

/S
_____
GEORGE C. HARRIS
Attorney for Efren Contreras

/S
_____
CANDIS MITCHELL
Assistant Federal Public Defender
Attorney for Franklin Quiros

Dated: July 12, 2019

DAVID L. ANDERSON
United States Attorney
Northern District of California

/S
_____
SHAILIKA KOTIYA
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America**, Plaintiff, v. **Franklin Quiros and Efren Contreras**, Defendants. | Case No.: CR 19–54 RS<br><br>[~~Proposed~~] Order For Motion Briefing Schedule And Hearing<br><br>**Court:** Courtroom 3, 17th Floor |

It is hereby ORDERED that the briefing scheduled contained above regarding the above-captioned defendants' Motion for Severance is calendared as stated in this stipulation.

IT IS SO ORDERED.

Dated: \_\_7/12/19_____  _____
**RICHARD SEEBORG**
United States District Judge