1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  SHAILIKA S. KOTIYA (CABN 308758)
   ROSS WEINGARTEN (NYBN 5236401)
5  Assistant United States Attorneys

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-7443
        FAX: (415) 436-7234
8       shailika.kotiya@usdoj.gov
        Ross.weingarten@usdoj.gov
9
   Attorneys for United States of America
10

11                         UNITED STATES DISTRICT COURT

12                        NORTHERN DISTRICT OF CALIFORNIA

13                              SAN FRANCISCO DIVISION

14  UNITED STATES OF AMERICA,        )  NO. CR 19-0054 RS
                                     )
15         Plaintiff,                )  STIPULATION AND ~~PROPOSED~~ ORDER
                                     )  REGARDING TRIAL SCHEDULE AND
16     v.                            )  RELATED DEADLINES
                                     )
17  FRANKLIN QUIROS,                 )
                                     )
18         Defendant.                )
                                     )
19

20      On November 5, 2019, the parties appeared for a status conference in this case and set a trial date

21  for April 20, 2020.

22      The parties have reviewed the Court's standing order and propose the following deadlines in

23  advance of trial:

24

25  | EVENT | DATE |
    | --- | --- |
    | Deadline to Meet and Confer regarding Pretrial Statement<br>Produce Jenks and Giglio/Henthorn Material<br>Produce any Certified Translations | March 18, 2020 |

STIPULATION REGARDING TRIAL AND RELATED DEADLINES
Case No. CR  19-0054 RS

| | |
|---|---|
| Joint Pretrial Statement and Proposed Order<br>Stipulations of Fact<br>Joint Exhibit List<br>Witness List<br>Motions in Limine<br>Physical Exhibits/Demonstratives Exchanged | March 26, 2020 |
| Submission of Trial Exhibits to Court<br>Oppositions to Motions in Limine<br>Jury Questionnaire<br>Additional Jury Voir Dire Questions (if any)<br>Proposed Jury Instructions<br>Proposed Verdict Form<br>Optional Trial Brief | April 2, 2020 |
| Pretrial Conference | April 8, 2020 |
| Jury Pool Fills Out Questionnaire | April 17, 2020 |
| Jury Selection | April 20, 2020 |

Based on the foregoing, the parties respectfully request that the Court enter the proposed trial schedule.

IT IS SO STIPULATED.

DATED: November 6, 2019

       /s/_____
SHAILIKA S. KOTIYA
Assistant United States Attorney

       /s/_____
ROSS WEINGARTEN
Assistant United States Attorney

DATED: November 6, 2019

       /s/_____
CANDIS MITCHELL
Counsel for Defendant Franklin Quiros

STIPULATION REGARDING TRIAL AND RELATED DEADLINES
Case No. CR 19-0054 RS

1 **[PROPOSED]** ORDER

2  Based upon the facts set forth in the stipulation of the parties and the representations made to the

3 Court and for good cause shown, the Court adopts the dates set forth in the parties' stipulation.

4

5  IT IS SO ORDERED.

6

7 DATED: 11/14/19

_____
RICHARD SEEBORG
8  United States District Judge

STIPULATION REGARDING TRIAL AND RELATED DEADLINES
Case No. CR 19-0054 RS