DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ROSS WEINGARTEN (NYBN 5236401)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6747
    FAX: (415) 436-7234
    Ross.weingarten@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> FRANKLIN QUIROS, <br><br> Defendant. | NO. CR 19-0054-04 RS <br><br> STIPULATION REGARDING TRIAL DATE, PRETRIAL FILING DEADLINES AND ORDER |

The United States of America, by and through its counsel of record, the United States Attorney for the Northern District of California and Assistant United States Attorney Ross Weingarten, and defendant Franklin Quiros, by and through his counsel of record, Candis Mitchell, hereby stipulate as follows:

1. This case is currently scheduled to begin trial on April 20, 2020, with a pretrial conference scheduled on April 8, 2020. Given the current situation regarding the COVID-19 virus, the parties believe it is best to continue the trial date. Accordingly, the parties propose that the trial date be moved to Monday, August 17, 2020. The pretrial conference would be held on August 5, 2020 at 10:00 a.m. The defendant agrees to the rescheduling of the trial date.

STIPULATION AND PROPOSED ORDER
CASE NO. CR 19-0054 RS

2. Accordingly, the parties agree to vacate the current pretrial filing deadlines and set the following deadlines in advance of trial:

| EVENT | DATE |
|---|---|
| Deadline to Meet and Confer regarding Pretrial Statement<br>Produce Jenks and Giglio/Henthorn Material<br>Produce any Certified Translations | July 20, 2020 |
| Joint Pretrial Statement and Proposed Order<br>Stipulations of Fact<br>Joint Exhibit List<br>Witness List<br>Motions in Limine<br>Physical Exhibits/Demonstratives Exchanged | July 22, 2020 |
| Submission of Trial Exhibits to Court<br>Oppositions to Motions in Limine<br>Jury Questionnaire<br>Additional Jury Voir Dire Questions (if any)<br>Proposed Jury Instructions<br>Proposed Verdict Form<br>Optional Trial Brief | July 27, 2020 |
| Pretrial Conference | August 5, 2020 |
| Jury Pool Fills Out Questionnaire | August 14, 2020 |
| Jury Selection | August 17, 2020 |

The defendant has been advised of the change of trial date and has no objection to the continuance.

In addition, the parties agree that in order to allow for the effective preparation of counsel for the defendant, time should be excluded under the Speedy Trial Act between April 20, 2020 and August 17, 2020.

//
//
//
//
//

The undersigned Assistant United States Attorneys certify that they have obtained approval from

STIPULATION AND PROPOSED ORDER
CASE NO. CR 19-0054 RS

counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: March 16, 2020

DAVID L. ANDERSON
United States Attorney

_/s/_
ROSS WEINGARTEN
MOLLY PRIEDEMAN
Assistant United States Attorney

_/s/_
CANDIS MITCHELL
Attorney for Franklin Quiros

STIPULATION AND PROPOSED ORDER
CASE NO. CR 19-0054 RS

| | |
|---|---|
| 1 | **ORDER** |
| 2 | For the reasons stated above, the Court adopts the trial date and deadlines stated above, and finds |
| 3 | that the exclusion of time from April 20, 2020, through and including August 17, 2020, is warranted and |
| 4 | that the ends of justice served by the continuance outweigh the best interests of the public and the |
| 5 | defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance |
| 6 | would deny effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. § |
| 7 | 3161(h)(7)(B)(iv). |
| 8 | IT IS SO ORDERED. |

DATED: 3/16/2020

_____
HON. RICHARD SEEBORG
United States District Judge

STIPULATION AND PROPOSED ORDER
CASE NO. CR 19-0054 RS