IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America,** | Case No.: CR 19–54 RS |
| Plaintiff, | **Order To Modify Filing, Hearing, And Trial Dates** |
| v. | |
| **Franklin Quiros,** | Court: Courtroom 3, 17th Floor |
| Defendant. | |

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court and for good cause shown, the Court adopts the dates set forth in the parties' stipulation.

The Court additionally vacates the currently set status hearings on August 18, 2020, and October 28, 2020.

Additionally, the Court finds that the exclusion of time from August 5, 2020, through and including April 19, 2021, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: 8/12/2020

_____
RICHARD SEEBORG
United States District Judge