1  STEPHANIE M. HINDS (CABN 154284)
2  Acting United States Attorney

3  HALLIE HOFFMAN (CABN 210020)
   Chief, Criminal Division
4

5  ROSS WEINGARTEN (NYBN 5236401)
   Assistant United States Attorney
6
      450 Golden Gate Avenue, Box 36055
7     San Francisco, California 94102-3495
      Telephone: (415) 436-6747
      FAX: (415) 436-7234
8     Ross.weingarten@usdoj.gov

9  Attorneys for United States of America

10                UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 19-0054-04 RS |
| Plaintiff, | |
| v. | STIPULATION REGARDING TRIAL DATE, PRETRIAL FILING DEADLINES AND ORDER |
| FRANKLIN QUIROS, | |
| Defendant. | |

     The United States of America, by and through its counsel of record, the United States Attorney for the Northern District of California and Assistant United States Attorney Ross Weingarten, and defendant Franklin Quiros, by and through his counsel of record, Candis Mitchell, hereby stipulate as follows:

     1.    This case is currently scheduled to begin trial on April 19, 2021, with a pretrial conference scheduled on April 6, 2021. Given the current situation regarding the COVID-19 virus, the parties believe it is best to continue the trial date. Accordingly, the parties propose that the trial date be moved to Monday, August 9, 2021. The pretrial conference would be held on July 14, 2021 at 10:00

STIPULATION AND PROPOSED ORDER
CASE NO. CR 19-0054 RS

a.m. The defendant agrees to the rescheduling of the trial date.

2. Accordingly, the parties agree to vacate the current pretrial filing deadlines and set the following deadlines in advance of trial:

| EVENT | DATE |
|---|---|
| Deadline to Meet and Confer regarding Pretrial Statement<br>Produce Jenks and Giglio/Henthorn Material<br>Produce any Certified Translations | June 25, 2021 |
| Joint Pretrial Statement and Proposed Order<br>Stipulations of Fact<br>Joint Exhibit List<br>Witness List<br>Motions in Limine<br>Physical Exhibits/Demonstratives Exchanged | June 30, 2021 |
| Submission of Trial Exhibits to Court<br>Oppositions to Motions in Limine<br>Jury Questionnaire<br>Additional Jury Voir Dire Questions (if any)<br>Proposed Jury Instructions<br>Proposed Verdict Form<br>Optional Trial Brief | July 7, 2021 |
| Pretrial Conference | July 14, 2021 |
| Jury Pool Fills Out Questionnaire | August 6, 2021 |
| Jury Selection | August 9, 2021 |

The defendant has been advised of the change of trial date and has no objection to the continuance.

In addition, the parties agree that in order to allow for the effective preparation of counsel for the defendant, time should be excluded under the Speedy Trial Act between April 19, 2021 and August 9, 2021.

//
//
//
//
//

STIPULATION AND PROPOSED ORDER
CASE NO. CR 19-0054 RS

The undersigned Assistant United States Attorneys certify that they have obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: March 2, 2021

STEPHANIE M. HINDS
Acting United States Attorney

/s/
ROSS WEINGARTEN
MOLLY PRIEDEMAN
Assistant United States Attorneys


/s/
CANDIS MITCHELL
Attorney for Franklin Quiros

STIPULATION AND PROPOSED ORDER
CASE NO. CR 19-0054 RS

**ORDER**

For the reasons stated above, the Court adopts the trial date and deadlines stated above, and finds that the exclusion of time from April 19, 2021, through and including August 9, 2021, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 3/2/2021

HON. RICHARD SEEBORG
Chief United States District Judge

STIPULATION AND PROPOSED ORDER
CASE NO. CR 19-0054 RS